# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES SCOTT THOMPSON,

    Petitioner,

v.                                          CASE NO. 3:16cv374-MCR-GRJ

SECRETARY, DEP'T
OF CORRECTIONS,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 20, 2018, recommending that the Petition be denied. ECF No. 20. The parties have been furnished with a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DENIED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 29th day of August 2018.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**

**UNITED STATES DISTRICT JUDGE**